UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD L. BROWAND, Executor of the
Estate of RICHARD G. BROWAND, Deceased,

    Plaintiff,

vs.

Case No: 11-10377
Hon. Patrick J. Duggan
Magistrate Judge Mark A. Randon

WALTER TOEBE CONSTRUCTION
COMPANY, a Michigan corporation,

    Defendant.
_____/

## ORDER COMPELLING DISCLOSURE OF EXPERT WITNESS REPORTS

This matter, having come before this Honorable Court on Plaintiff's Motion to Compel Disclosures, briefs in support of opposition to said motion having been filed and counsel of record having appeared before this Honorable Court on May 24, 2012, and this Court otherwise being fully advised in the instant premises;

**IT IS HEREBY ORDERED** that defendant shall produce to counsel for plaintiff a written report of each and every expert that it intends to call at the time of trial not later than Thursday, June 14, 2012.

**IT IS FURTHER ORDERED** that counsel of record re-appear before this Honorable Court on June 7, 2012, beginning at 10:00 a.m., to discuss any remaining issues raised in Plaintiff's Motion to Compel Disclosures.

This order neither resolves the last pending claim nor closes the captioned case.

**SO ORDERED.**

s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated:  May 31, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, May 31, 2012, by electronic and/or ordinary mail.*

s/Melody Miles
*Case Manager Magistrate Judge Mark A. Randon*
*(313) 234-5542*

Approved as to form only:

| s/with consent of Barton C. Rachwal | s/John J. Gillooly |
|---|---|
| Barton C. Rachwal | John J. Gillooly |
| BARTON C. RACHWAL, P.C. | GARAN LUCOW MILLER, P.C. |
| 30400 Telegraph, Suite 470 | 1000 Woodbridge Street |
| Bingham Farms, MI   48025 | Detroit, MI   48207 |
| 248.283.0012 | 313.446.5501 |
| rachwal@rachwallaw.com | Jgillool@garanlucow.com |
| P58729 | P41948 |