UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD L. BROWAND, Executor of the
Estate of RICHARD G. BROWAND, Deceased,

    Plaintiff,

vs.

WALTER TOEBE CONSTRUCTION
COMPANY, a Michigan corporation,

    Defendant.

Case No: 11-10377
Hon. Patrick J. Duggan
Magistrate Judge Mark A. Randon

| *James P. Frantz*<br>*Philip C. Aman*<br>*FRANTZ LAW GROUP, APLC*<br>*Attorneys for Plaintiff*<br>*402 West Broadway, Suite 860*<br>*San Diego, CA 92101*<br>*619.233.5945* | *Barton C. Rachwal (P58729)*<br>*BARTON C. RACHWAL, P.C.*<br>*Attorney for Plaintiff*<br>*30400 Telegraph, Suite 470*<br>*Bingham Farms, MI 48025*<br>*248.283.0012* |
|---|---|
| *James Sukkar (P28658)*<br>**Harvey Kruse PC**<br>*Attorney for Defendant*<br>*1050 Wilshire Dr Ste 320*<br>*Troy, MI*<br>*248.649.7800* | |

## ORDER COMPELLING DISCLOSURE OF EXPERT WITNESS REPORTS

This matter, having come before this Honorable Court on Plaintiff's Motion to Compel Disclosures, briefs in support of opposition to said motion having been filed and counsel of record having appeared before this Honorable Court on June 7, 2012, and this Court otherwise being fully advised in the instant premises;

**IT IS HEREBY ORDERED** that defendant shall produce to counsel for plaintiff a written report of each and every expert that it intends to call at the time of trial not later than Thursday, June 28, 2012.

**IT IS FURTHER ORDERED** that Plaintiff shall be allowed to supplement expert witnesses and disclosures until July 28, 2012;

**IT IS FURTHER ORDERED** that Defendants shall be not be allowed to further supplement their expert disclosures without leave of the Court.

This order neither resolves the last pending claim nor closes the captioned case.

**SO ORDERED.**

                                                  s/Mark A. Randon
                                                  MARK A. RANDON
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: June 19, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, June 19, 2012, by electronic and/or ordinary mail.*

                                                *s/Melody Miles*
                                                *Case Manager*

Approved as to form only:

| | |
|---|---|
| s/with consent of Barton C. Rachwal<br>Barton C. Rachwal<br>BARTON C. RACHWAL, P.C.<br>30400 Telegraph, Suite 470<br>Bingham Farms, MI  48025<br>248.283.0012<br>rachwal@rachwallaw.com<br>P58729 | s/with consent of James Sukkar<br>James Sukkar (P28658)<br>**Harvey Kruse PC**<br>1050 Wilshire Dr Ste 320<br>Troy, MI<br>248.649.7800<br>jsukkar@harveykruse.com<br>P28658 |